IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA



| | |
|---|---|
| **KERRIN A. BARRETT** ) | |
| ) | |
| **Plaintiff.** ) | |
| ) | Civil Action No. 1:21cv107 (RDA/JFA) |
| v. ) | |
| ) | NOTICE OF APPEAL |
| **PAE Incorporated** ) | |
| ) | |
| **Defendants.** ) | |

Plaintiff Kerrin A. Barrett appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on February 16, 2022.

*/s/ K.A. Barrett*

Kerrin A. Barrett, PhD, Plaintiff *Pro Se*
5753 Highway 85 North, #2926
Crestview, FL 32536
Ph: (850) 780-7211
Court.KB2021@protonmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing

(1) __NOTICE OF APPEAL__ ,was mailed this (2) __12th__ Day of (3) __March 2022__ , to (4) __Charles M. Elmer__

_____ at (5) __BANCROFT, MCGAVIN, JACKSON LEWIS P.C.__

__10701 Parkridge Boulevard, Suite 300, Reston, VA 20191__.

_____
(Your Signature)

### Instructions

    YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

    You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

**NOTE:** YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.